KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Lone Star Air Partners LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re: | Case No.: 05-17923 (ASH) |
| DELTA AIR LINES, INC. *et al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |

**NOTICE OF APPEAL OF LONE STAR AIR PARTNERS LLC
OF ORDER ON TIA TRANSFER OBJECTION 1**

PLEASE TAKE NOTICE that Lone Star Air Partners LLC ("Lone Star") hereby appeals to the United States District Court for the Southern District of New York from the order ("Order") of the United States Bankruptcy Court ("Bankruptcy Court") for the Southern District of New York (Hon. Adlai S. Hardin), entered October 22, 2007, Docket No. 6846, sustaining TIA Transfer Objection 1: Objection by Delta Air Lines, Inc. and the Post-Effective Date Committee to Certain Claims Asserted by Lone Star for Tax Indemnities with Respect to Aircraft N636DL, N637DL and N638DL. Copies of the Order and the Bankruptcy Court's Memorandum Decision dated October 5, 2007, are attached hereto as Exhibit A.

The names of all parties to the Decision and Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

31554215_V3.DOC

| **Party** | **Attorneys** |
|---|---|
| Appellants | |
| Lone Star Air Partners LLC | Richard G. Smolev (RS 2222) |
| | Piper A. Brock (PB 6335) |
| | 425 Park Avenue |
| | New York, New York 10022 |
| | (212) 836-8000 (telephone) |
| | (212) 836-8689 (facsimile) |
| | Counsel for Lone Star Air Partners LLC |
| | |
| Appellees | |
| Delta Air Lines, Inc. | Michael E. Wiles (MW 0962) |
| | Richard F. Hahn (RH 5391) |
| | Debevoise & Plimpton LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | (212) 909-6000 (telephone) |
| | (212) 909-6836 (facsimile) |
| | Special Aircraft Attorneys for the Reorganized Debtors |
| | |
| Post-Effective Date Committee of Delta Air Lines, Inc. | Daniel H. Golden (DG 5624) |
| | David H. Botter (DB 2300) |
| | Mitchell P. Hurley (MH 0740) |
| | Akin Gump Strauss Hauer & Feld LLP |
| | 590 Madison Avenue |
| | New York, NY 10022 |
| | (212) 872-1000 (telephone) |
| | (212) 872-1002 (facsimile) |
| | Counsel for the Post-Effective Date Committee |

Dated: New York, New York
October 31, 2007

KAYE SCHOLER LLP

  /s/ Richard G. Smolev
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Lone Star Air Partners LLC*