DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
Michael E. Wiles
Richard F. Hahn
Special Aircraft Attorneys for Reorganized Debtors

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Daniel H. Golden
David H. Botter
Mitchell P. Hurley
Counsel for the Post-Effective Date Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------- x
                                                    :
**In re:**                                          :    **Chapter 11**
                                                    :
**DELTA AIR LINES, INC. et al.,**                   :    **Case No. 05-17923 (ASH)**
                                                    :
                    **Debtors.**                    :    **(Jointly Administered)**
-------------------------------------------------------------------------- x

### APPELLEES' COUNTER-DESIGNATION OF ITEMS
### FOR INCLUSION IN RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellees Delta

Air Lines, Inc. ("**Delta**") and the Post-Effective Date Committee established through Delta's

confirmed plan of reorganization (the "**Committee**"), through their undersigned counsel, hereby

designate the following items to be included in the record on appeal in connection with the

appeal by Lone Star Air Partners, LLC from the Order on TIA Transfer Objection 1, entered in

this matter on October 22, 2007:

1. TIA Transfer Objection 1: Objection by Delta Air Lines, Inc. and the Post-Effective

Date Committee to Certain Claims Asserted by Lone Star Air Partners LLC for Tax Indemnities

with Respect to Aircraft N636DL, N637DL and N638DL [Docket No. 6215], including Exhibits

A through H thereto.

    2.  Affidavit of David B. Gebler in Support of Lone Star Air Partners LLC to TIA/SLV

Transfer Objection 1 [Docket No. 6663], including Exhibit A thereto.

Dated: New York, New York
       November 20, 2007

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP


/s/ Michael E. Wiles
Michael E. Wiles
Richard F. Hahn
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:   (212) 909-6836
Special Aircraft Attorneys for Reorganized Debtors

AKIN GUMP STRAUSS HAUER & FELD LLP


/s/ Mitchell P. Hurley
Daniel H. Golden
David H. Botter
Mitchell P. Hurley
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Counsel for the Post-Effective Date Committee