STROOCK & STROOCK & LAVAN LLP
Lawrence M. Handelsman (LH-6957)
Kristopher M. Hansen (KH-4679)
Jayme T. Goldstein (JG-9054)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel for Delta Air Lines, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden (DG-5624)
David H. Botter (DB-2300)
Mitchell P. Hurley (MH-0740)
590 Madison Avenue
New York, New York 10022
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Counsel for the Post-Effective Date Committee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
DELTA AIR LINES, INC., et al.,                               :   Case No. 05-17923 (ASH)
                                                             :
              Reorganized Debtors.                           :   (Jointly Administered)
------------------------------------------------------------ x
THE NORTHWESTERN MUTUAL                                      :
LIFE INSURANCE COMPANY                                       :
                                                             :
                                                             :
              Appellant,                                     :   Civil Case No. 07-CV-7745(RB)
                                                             :   (ECF Case)
       -against-                                             :
                                                             :
DELTA AIR LINES, INC. AND THE                                :
POST-EFFECTIVE DATE COMMITTEE                                :
OF DELTA AIR LINES, INC.                                     :
                                                             :
              Appellees.                                     :
------------------------------------------------------------ x

**SUPPLEMENTAL DESIGNATION AND**
**COUNTER-DESIGNATION OF CONTENTS FOR RECORD ON APPEAL**
**BY DELTA AIR LINES, INC. AND POST-EFFECTIVE DATE COMMITTEE**

NY 71087075v1

Pursuant to Fed R. Bankr. P. 8006, Delta Air Lines, Inc. ("Delta") and the Post-Effective Date Committee appointed under Delta's confirmed chapter 11 plan of reorganization (the "Committee"), through their undersigned counsel, hereby submit their supplemental designation and counter-designation (the "Supplemental Designation and Counter-Designation") of items to be included in the record on appeal and cross-appeal to the United States District Court for the Southern District of New York from the "Order With Respect To TIA/SLV Objection 2" (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Adlai S. Hardin, Jr.) (the "Bankruptcy Court") on July 19, 2007 [Docket No. 6467].

Delta and the Committee hereby submit this Supplemental Designation and Counter-Designation in addition to the designation and counter-designation of items to be included in the record on appeal and cross-appeal (the "Original Designation and Counter-Designation") that they filed on August 6, 2007 [Docket No. 6568].

## I. DESIGNATION AND COUNTER-DESIGNATION OF DOCUMENT TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL

Delta and the Committee designate the following item for inclusion in the record on the appeal and cross-appeal, in addition to those specified in the Northwestern Designation, the Original Designation and Counter-Designation and the counter-designation of items to be included in the record on appeal and cross-appeal filed by The Bank of New York, as Indenture Trustee and Pass Through Trustee that was filed on August 13, 2007 [Docket No. 6579]:

1. Notice of Intent to Reject Certain Agreements Listed On Schedule 10.2(c) Related to N182DN and N675DL filed June 26, 2007 [Docket No. 6357].

## II. RESERVATION OF RIGHTS

Delta and the Committee each reserve the right to: (i) further supplement, amend or modify this Supplemental Designation and Counter-Designation as appropriate; and (ii) move to strike items designated in the Northwestern Designation that are inappropriate and make any related arguments as to the propriety of including any such items designated in the Northwestern Designation.

Dated:   New York, New York
         November 21, 2007

STROOCK & STROOCK & LAVAN LLP

/s/ Kristopher M. Hansen
Lawrence M. Handelsman (LH-6957)
Kristopher M. Hansen (KH-6957)
Jayme T. Goldstein (JG -9054)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006

Counsel for Delta Air Lines, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden (DG-5624)
David H. Botter (DB-2300)
Mitchell P. Hurley (MH-0740)
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Counsel for the Post-Effective Date Committee