Scheindlin, J

KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*Lone Star Air Partners LLC*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

LONE STAR AIR PARTNERS, LLC

            **Appellant,**

v.

DELTA AIR LINES, INC., and
THE POST-EFFECTIVE DATE
COMMITTEE OF DELTA AIR
LINES, INC.

            **Appellees.**

Case No. 07-CV-11143 (SAS)

### STIPULATION AND ORDER EXTENDING TIME TO FILE APPELLATE BRIEFS

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for appellant Lone Star Air Partners LLC ("Lone Star"), appellees Delta Air Lines, Inc. and the Post-Effective Date Committee of Delta Air Lines, Inc., and subject to approval of the Court, that (i) the time for Lone Star to file its opening brief is hereby extended from December 31, 2007 to and including January 17, 2008, (ii) the time for appellees to file their brief is hereby extended to and including February 19, 2008, and (iii) the time for Lone Star to file its reply brief is hereby extended to and including March 4, 2008.

31579304.DOC

Dated: New York, New York
       December 13, 2007

KAYE SCHOLER LLP

*[signature]*

Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Lone Star Air Partners LLC*

Dated: New York, New York
       December    , 2007

DEBEVOISE & PLIMPTON LLP

Michael E. Wiles (MW 0962)
Richard F. Hahn (RH 5391)
919 Third Avenue
New York, NY 10022
(212) 909-6000 (telephone)
(212) 909-6836 (facsimile)

*Counsel for Appellee Delta Air Lines, Inc.*

*[Signatures Continued on Following Page]*

Dated: New York, New York
       December    , 2007            KAYE SCHOLER LLP

                                           _____
                                           Richard G. Smolev (RS 2222)
                                           Piper A. Brock (PB 6335)
                                           425 Park Avenue
                                           New York, New York 10022
                                           (212) 836-8000 (telephone)
                                           (212) 836-8689 (facsimile)

                                           *Counsel for Lone Star Air Partners LLC*


Dated: New York, New York
       December 13, 2007           DEBEVOISE & PLIMPTON LLP

                                           _____
                                           Michael E. Wiles (MW 0962)
                                           Richard F. Hahn (RH 5391)
                                           919 Third Avenue
                                           New York, NY 10022
                                           (212) 909-6000 (telephone)
                                           (212) 909-6836 (facsimile)

                                           *Counsel for Appellee Delta Air Lines, Inc.*


[*Signatures Continued on Following Page*]