KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*Lone Star Air Partners, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| **LONE STAR AIR PARTNERS, LLC** | Case No. 07-CV- 11143 (SAS) |
| Appellant, | Chapter 11 Case No. 05-17923 (ASH) |
| v. | (Jointly Administered) |
| **DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.** | |
| Appellees. | |

## ERRATA SHEET WITH RESPECT TO APPELLANT'S BRIEF

Appellant Lone Star Air Partners, LLC hereby corrects a typographical error on page 1 of its Opening Brief, dated January 17, 2008, to clarify that the name of Appellant is Lone Star Air Partners, LLC, rather than Lone Star Air Partners, Inc.

Dated: New York, New York
January 18, 2008

KAYE SCHOLER LLP

*[signature]*
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)
*Counsel for Appellant*
*Lone Star Air Partners LLC*