UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

LONE STAR AIR PARTNERS, LLC

    Appellant,

v.

DELTA AIR LINES, INC., and
THE POST-EFFECTIVE DATE
COMMITTEE OF DELTA AIR
LINES, INC.

    Appellees

Case No. 07-CV-11143 (SAS):

Chapter 11 Case No.
05-17923 (ASH)

(Jointly Administered)

**ORDER FOR ADMISSION
PRO HAC VICE**

DATE FILED: 1/25/08

**IT IS HEREBY ORDERED** that

    Applicant's Name: PIPER A. BROCK
    Firm Name: KAYE SCHOLER LLP
    Address: 425 Park Avenue
    City/State/Zip: New York, New York 10022
    Phone Number: (212) 836-7022
    Fax Number: (212) 836-6359

is admitted to practice pro hac vice as counsel for Lone Star Air Partners in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 24, 2008
       New York, New York

                              United States District Judge
                              Shira A. Scheindlin, USDJ