KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*Lone Star Air Partners, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

|  |  |
|---|---|
| **LONE STAR AIR PARTNERS, LLC**<br><br>　　　　　　　　　　Appellant,<br><br>v.<br><br>**DELTA AIR LINES, INC., and**<br>**THE POST-EFFECTIVE DATE**<br>**COMMITTEE**<br><br>　　　　　　　　　　Appellees. | Civil Case No. 07-CV-11143 (SAS)<br>(ECF Case) |

## RULE 7.1 CERTIFICATION

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Appellant Lone Star Air Partners, LLC ("Lone Star"), a non-governmental corporate party, certifies that Lone Star is jointly owned by Bank of America Leasing LLC and Electronic Data Systems Corporation. The parent of Bank of America Leasing LLC is Bank of America, N.A. Electronic Data Systems Corporation is a publicly traded corporation and does not have a parent corporation.

　　　　Counsel for Appellant Lone Star further certifies that it has made an inquiry and the only entities that hold more than ten percent of Electronic Data Systems Corporation stock are Dodge

& Cox, Hotchkis & Wiley Capital Management, LLC and Barclays Global Investors UK

Holdings, Ltd.

Dated: New York, New York
      February 21, 2008                               KAYE SCHOLER LLP

                                                     /s/ Richard G. Smolev
                                                 Richard G. Smolev (RS 2222)
                                                 Piper A. Brock (PB 6335)
                                                 425 Park Avenue
                                                 New York, New York 10022
                                                 (212) 836-8000 (telephone)
                                                 (212) 836-8689 (facsimile)

                                                 *Counsel for Appellant*
                                                 *Lone Star Air Partners, LLC*