UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LONE STAR AIR PARTNERS, LLC

        Appellant,

-against-

DELTA AIR LINES, INC. and THE POST-
EFFECTIVE DATE COMMITTEE,

        Appellees.

------------------------------------------------------------x

Civil Case No. 07-CV-11143 (SAS)
(ECF Case)



## NOTICE OF APPEAL BY DELTA AIR LINES, INC. AND THE POST-EFFECTIVE DATE COMMITTEE TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Delta Air Lines, Inc. and the Post Effective Date Committee established under the confirmed Joint Plan of Reorganization of Delta Air Lines, Inc. and certain of its affiliates, who objected in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to proofs of claim filed by Lone Star Air Partners, LLC, and who were Appellees in an appeal by Lone Star Air Partners, LLC to the United States District Court for the Southern District of New York (the "District Court") from the Bankruptcy Court's "Decision on Transfer Objection 1" (dated October 5, 2007) and the Bankruptcy Court's "Order With Respect To Transfer Objection 1" (dated October 22, 2007), hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the District Court (Scheindlin, J.), Docket No. 13, entered on May 8, 2008.

A copy of the District Court's Opinion and Order, dated May 8, 2008 [District Court Docket No. 13], is attached hereto as Exhibit A. A copy of the Bankruptcy Court's "Decision on Transfer Objection 1," dated October 5, 2007 [Bankruptcy Court Docket No. 6771], is attached

1

as Exhibit B. A copy of the Bankruptcy Court's "Order With Respect To Transfer Objection 1," dated October 22, 2007 [Bankruptcy Court Docket No. 6846], is attached as Exhibit C.

Dated:  New York, New York
        June 6, 2008

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

/s/ Michael E. Wiles
Michael E. Wiles
Richard F. Hahn
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
Counsel for Delta Air Lines, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ David H. Botter
David H. Botter
590 Madison Avenue
New York, NY 10022
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Counsel for the Post-Effective Date Committee

TO:
Richard G. Smolev
Piper A. Brock
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Attorneys for Lone Star Air Partners, LLC